**Order entered January 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01331-CR
## No. 05-14-01332-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ERIC MONTRELL HICKMON, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. M11-42220G, M11-42221G**

## ORDER

The Court **GRANTS** the State's motion for extension of time to file the State's opening brief.

We **ORDER** the State to file its brief within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE